**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE WALKER,<br><br>                               Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, et al.,<br><br>                               Defendants. | Case No. 22-cv-264-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 21] |

On April 28, 2022, Plaintiff Kyle Walker ("Plaintiff") and Defendants Stryker Corporation and Stryker Employment Company, LLC filed a joint motion for leave for Plaintiff to file a First Amended Complaint. *See* Doc. No. 21. According to the joint motion, Plaintiff seeks to remove Stryker Corporation as a defendant and add a new Defendant, Howmedica Osteonics Corp. *See id.* Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** as follows:

1. Plaintiff must file and serve his First Amended Complaint on or before **May 11, 2022**.

2. Defendants must respond to the First Amended Complaint no later than thirty (30) days after the filing of Plaintiff's First Amended Complaint.

**IT IS SO ORDERED**.

Dated: May 4, 2022

HON. MICHAEL M. ANELLO
United States District Judge