MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| <u>Case Name</u>: | **Walker v. Stryker Corporation, et al.** | <u>Case No.</u>: | **22-cv-00264-MMA-JLB** |

On July 13, 2022, the parties lodged a Joint Discovery Statement in accordance with Section V.B of the Court's Civil Chambers Rules. After review, **IT IS HEREBY ORDERED**:

1. In their Joint Discovery Statement, the parties requested an extension of time to contact the Court regarding requests propounded on Defendant Howmedica Osteonics Corp. by 30 days. The Court hereby **GRANTS** the parties' request. Accordingly, the deadline to contact the Court with any dispute regarding Defendant Howmedica's supplemental responses is extended to <u>**August 13, 2022**</u>.

2. A counsel-only Discovery Conference shall be held by <u>**video**</u> on <u>**July 28, 2022**</u>, at <u>**3:00 PM**</u>, before Magistrate Judge Jill L. Burkhardt regarding the disputes currently at issue in the parties' Joint Discovery Statement. For purposes of the Conference, the Court shall use its official ZoomGov video conferencing account. Prior to its start, the Court will e-mail all counsel identified on the docket an invitation to join the Zoom video conference at the e-mail address listed.

3. The parties shall continue to meet and confer regarding their pending discovery disputes. If the parties fully resolve their discovery disputes prior to the Discovery Conference, they shall leave a joint voicemail with Judge Burkhardt's Chambers at 619-557-6624, indicating that their disputes have been resolved. If such a voicemail is left, the Discovery Conference shall be vacated.

Date: July 15, 2022                                                         Initials: lc1
                                                         Chambers of the Hon. Jill L. Burkhardt