**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE WALKER, an individual, | Case No.:  22-cv-264-MMA-DDL |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE DISCOVERY DEADLINES** |
| STRYKER CORPORATION, et al., | |
| Defendants. | **[Dkt. No. 91]** |

Before the Court is the parties' Joint Motion to Amend the Scheduling Order to Continue Discovery Deadlines [Dkt. No. 91].  The parties report that despite their diligence, they cannot meet the current discovery deadlines.  They further represent that the requested continuance will not affect the current trial and trial readiness deadlines.  Good cause appearing, the Joint Motion is **GRANTED**.  The Amended Scheduling Order [Dkt. No. 89] is hereby amended as follows:

| Event | Amended Deadline |
|---|---|
| Deadline to Complete Additional Depositions of Fact Witnesses | May 13, 2024 |
| Status Conference | May 15, 2024 @ 11:00 a.m. |
| Supplemental Expert Report Deadline | May 20, 2024 |

| Deadline to Complete Expert Depositions | May 27, 2024 |

Except as explicitly modified herein, all dates, deadlines, and mandatory procedures, *including the consequences of failure to comply with same*, remain as previously ordered. **The foregoing schedule will not be modified absent a showing of extraordinary circumstances.**  The Court will not consider a failure to cooperate in discovery matters an extraordinary circumstance.  All counsel are reminded of their obligation to "proceed with diligence to take all steps necessary to bring an action to readiness for trial."  CivLR 16.1.b.

**IT IS SO ORDERED.**

Dated: March 29, 2024

Hon. David D. Leshner
United States Magistrate Judge